IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRABDON NELSON SPARKS,      *
                              *
          Plaintiff,      *
vs.                        *      No. 4:18-cv-00569-SWW
                              *
                              *
BAPTIST HEALTH,                  *
                              *
          Defendant.      *

## JUDGMENT

Consistent with the Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 30th day of August 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE